# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

BANK OF NEW YORK MELLON,

    Plaintiff,

vs.

SFR INVESTMENTS POOL 1, LLC, et al.,

    Defendants.

Case No. 2:17-cv-00210-JCM-CWH

**ORDER**

Presently before the court is the parties' stipulation to stay discovery pending resolution of petition(s) for *writ of certiorari* to the United States Supreme Court. (Stip. (ECF No. 26).) The court is aware of those proceedings. The United States district judge assigned to this case is continuing to process this type of case. Accordingly, the stipulation to stay litigation is DENIED.

IT IS SO ORDERED.

DATED: March 30, 2017

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**