DIANA CLINE EBRON, ESQ.
Nevada Bar No. 10580
E-mail: diana@kgelegal.com
JACQUELINE A. GILBERT, ESQ.
Nevada Bar No. 10593
E-mail: jackie@kgelegal.com
KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
E-mail: karen@kgelegal.com
KIM GILBERT EBRON
*fka Howard Kim & Associates*
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Telephone: (702) 485-3300
Facsimile: (702) 485-3301
*Attorneys for SFR Investments Pool 1, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS, INC. ASSET-BACKED CERTIFICATES, SERIES 2005-17,<br><br>Plaintiff,<br><br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC; ALIANTE MASTER ASSOCIATION,<br><br>Defendants. | Case No. 2:17-cv-00210-JCM-CWH<br><br>**STIPULATION AND ORDER DISMISSING RODERICK SMITH WITHOUT PREJUDICE** |
| SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company,<br><br>Counter/Cross Claimant,<br><br>vs.<br><br>THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS, INC. ASSET-BACKED CERTIFICATES, SERIES 2005-17; COUNTRYWIDE HOME LOANS, INC.; RODERICK SMITH, an individual; MELINDA SMITH, an individual,<br><br>Counter-Defendant/Cross-Defendants. | |

- 1 -

Cross-Defendant RODERICK SMITH ("Smith") stipulates and agrees that he no longer has any interest, ownership or otherwise, in the real property commonly known as **4108 Erinbird Avenue, North Las Vegas, NV 89084; Parcel No. 124-19-511-125** ("Property"). Smith has been informed that the Property was sold on January 31, 2014 by the foreclosure sale conducted by Nevada Association Services, Inc. ("NAS"), agent for Aliante Master Association ("the Association"). Smith further stipulates and agrees that he will not contest the validity of the resulting foreclosure deed recorded in the Official Records of the Clark County Recorder, Instrument Number 201402030001927 or SFR Investments Pool 1, LLC ("SFR") ownership interest in the Property.

Based on these representations, SFR and Smith stipulate and agree that Smith shall be dismissed from this action without prejudice, the parties to bear their own fees and costs.

| Dated this 10th day of Oct, 2017. | Dated this 10 day of October, 2017. |
|---|---|
| KIM GILBERT EBRON<br><br>DIANA CLINE EBRON, ESQ.<br>Nevada Bar No. 10580<br>7625 Dean Martin Dr., Suite 110<br>Las Vegas, Nevada 89139<br>Phone: (702) 485-3300<br>Fax: (702) 485-3301<br>*Attorneys for SFR Investments Pool 1, LLC* | RODERICK SMITH<br><br>Roderick Smith<br>2505 Anthem Village Drive, Suite E196<br>Henderson, NV 89052<br>725-400-9885<br>*Cross-Defendant* |

## ORDER

UPON STIPULATION of the parties, and good cause appearing therefore, it is hereby ORDERED that Cross-Defendant RODERICK SMITH shall be dismissed from this action without prejudice, each party to bear its own fees and costs.

DATED this  18th  day of         October        , 2017.

_____
UNITED STATES DISTRICT JUDGE

Respectfully submitted:

*signature*

Diana Cline Ebron, Esq.
Nevada Bar No. 10580
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Phone: (702) 485-3300
Fax: (702) 485-3301
*Attorneys for SFR Investments Pool 1, LLC*